■ In the Matter of Michael McClanahan, Petitioner, v Walter Kelly, as Superintendent of Attica Correctional Facility, Respondent.—Determination unanimously annulled on the law and petition granted (see, Matter of Lahey v Kelly, 125 AD2d 923). (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Dillon, P. J., Doerr, Green, Balio and Davis, JJ.

■ The People of the State of New York, Respondent, v Myron C. Johns, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Niagara County Court, Hannigan, J.—criminal possession of forged instrument.) Present—Callahan, J. P., Denman, Boomer, Pine and Lawton, JJ.

■ The People of the State of New York, Respondent, v Rita Sturgis, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Monroe County Court, Wisner, J.—grand larceny, third degree.) Present—Callahan, J. P., Denman, Boomer, Pine and Lawton, JJ.